**LEWIS BRISBOIS BISGAARD & SMITH** LLP
LAUREN J. KOBLITZ, SB# 256651
 E-Mail: Lauren.Koblitz@lewisbrisbois.com
333 Bush Street, Suite 1100
San Francisco, California 94104-2872
Telephone: 415.362.2580
Facsimile: 415.434.0882

Attorneys for Defendants
UNITED VAN LINES and UNIGROUP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN KUNG,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>UNITED VAN LINES; UNIGROUP,<br><br>　　　　Defendants. | CASE NO. 318-cv-05175-JST<br><br>**STIPULATION AND [PROPOSED]<br>ORDER OF DISMISSAL** |

IT IS HEREBY STIPULATED TO AND AGREED, by and between Plaintiff Susan Kung and Defendants United Van Lines and UniGroup that pursuant to Fed. R. Civ. Proc. 41, this action be dismissed with prejudice, with each party to bear their own attorney's fees, costs and expenses.

DATED: October 17, 2018

_____
Susan Kung, Plaintiff In Pro Per

DATED: October 24, 2018　　LEWIS BRISBOIS BISGAARD & SMITH LLP

By: _____
　　Lauren J. Koblitz
　　Attorneys for Defendants UNITED VAN LINES
　　and UNIGROUP

4846-1789-3747.1　　　　　　　　　　　　　　　　　　　　　　　　3:18-cv-05175-JST
STIPULATION AND [PROPOSED] ORDER OF DISMISSAL

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN KUNG,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>UNITED VAN LINES; UNIGROUP,<br><br>　　　　Defendants. | CASE NO. 3:18-cv-05175-JST<br><br>**ORDER** |

## ORDER

Based on the foregoing stipulation of the Parties, **THE COURT HEREBY ORDERS AND DECREES** that the case is **DISMISSED WITH PREJUDICE**, with each party to bear their own attorney's fees, costs and expenses incurred.

DATED: ___October 26___, 2018

_____
JON S. TIGAR
United States District Judge